United States Courts
Southern District of Texas
FILED

FEB 10 2016

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. |
| SALOMON GOMEZ-GUERRERO | § | |

### INDICTMENT

16 CR 72

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Possession with Intent to Distribute a Controlled Substance

On or about May 4, 2015, in the Houston Division of the Southern District of Texas,

**SALOMON GOMEZ-GUERRERO**

defendant herein, did knowingly and unlawfully possess with the intent to distribute more than 50 grams of methamphetamine, a Schedule II controlled substance, and more than 500 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii) and 18, United States Code, Section 2.

### NOTICE OF CRIMINAL FORFEITURE

(Title 21 U.S.C. § 853)

Pursuant to Title 21, United States Code, Section 853, upon conviction of the offenses set forth in Count 1 of this Indictment in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)(viii), the defendant,

SALOMON GOMEZ-GUERRERO

shall forfeit to the United States of America:

(1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation(s); and
(2) any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation(s).

*Substitute Assets*

In the event that the property which is subject to forfeiture to the United States, as a result of any act or omission of the defendant:

(1) cannot be located upon exercise of due diligence;
(2) has been placed beyond the jurisdiction of the Court;
(3) has been transferred or sold to, or deposited with a third party;
(4) has been substantially diminished in value; or
(5) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of such property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

Original Signature on File

_____
FOREPERSON OF THE GRAND JURY

Kenneth Magidson
United States Attorney

By: _____
Sharad S. Khandelwal
Assistant United States Attorney